

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00459-CV

**FIBERLIGHT, LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the parties' joint motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED April 1, 2015.

Karen Angelini, Justice